## 5

F. J. RHEINER, Appellant, v. W. I. BIDDLE, as Warden, etc. (Circuit Court of Ap-

peals, Eighth Circuit. January 5, 1925.) No. 6920. Appeal from the District Court of the United States for the District of Kansas. W. D. Love, of Uvalde, Tex., for appellant. Al F. Williams, U. S. Atty., and Alton H. Skinner, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee, under rule 16.